UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 19-2532
_____

UNITED STATES OF AMERICA

v.

JAMES HILL,
                    Appellant

_____

(E.D. Pa. No. 2-18-cr-00458-001)
_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  AMBRO, JORDAN, and SHWARTZ, <u>Circuit</u> <u>Judges</u>

        The petition for rehearing filed by Appellee in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby

        O R D E R E D that the petition for rehearing by the panel is granted.

                                BY THE COURT,


                                <u>s/Patty Shwartz</u>
                                Circuit Judge

Dated: July 30, 2021
CJG/cc:      Jeanine Linehan, Esq.

Emily McKillip, Esq.
Keith M. Donoghue, Esq.
Brett G. Sweitzer, Esq.